147 A.3d 517

**Roy H. LOMAS, Sr., d/b/a Roy Lomas
Carpet Contractor, Respondent,**

v.

**James B. KRAVITZ, Cherrydale Construction Co., Andorra
Springs Development, Inc., and Kravmar, Inc. f/k/a
Eastern Development Enterprises Inc., Petitioners.**

Supreme Court of Pennsylvania.

Aug. 24, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of August, 2016, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by Petitioner, are:

(1) Whether, as a matter of law, the Montgomery County Court of Common Pleas should have been recused from presiding over the non-jury trial due to an appearance of impropriety arising from the ongoing participation and financial interest in the litigation by a sitting member of that Court?

(2) Whether, as a matter of law, an appearance of impropriety was created when a sitting member of the Montgomery County Bench personally participated in the litigation?

Justices DONOHUE and WECHT did not participate in the consideration or decision of this matter.